

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| HOMER A. STILLWELL, III; ELIZABETH ROBERTSON, MARGUERITE H. BENSON, ADAM LEIGHTON, III, AND BLACK MOUNTAIN OPERATING, LLC, | § § § | |
| | § | No. 08-21-00131-CV |
| Appellants, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| JOHN F. STEVENSON, BORDEN W. STEVENSON, JOAN PIRIE LECLERC, JOHN T. PIRIE, SOPHIE H. PIRIE, BLAKE OIL AND GAS CORPORATION, MDJ MINERALS, L.L.P., WADE P. KOEHL, AND AOG PERMIAN PARTNERS, LTD., | § § | of Reeves County, Texas |
| | § | (TC# 21-06-24028-CVR) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceeding consistent with this Court's opinion. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.